

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00401-CV

Jacaranda **SANDERS**,
Appellant

v.

Kathleen Cassidy **GOODMAN**, Kathleen Cassidy Goodman, P.L.L.C., Jonathan Yedor,
Jonathan Yedor, P.C., Gina DeGennaro, Gina DeGennaro, P.C., Chris Heinrichs,
Chris Heinrichs, P.C., Richard Ihfe, Ihfe & Associates, P.C., Heinrichs & DeGennaro, P.C.,
Appellees

From Probate Court No. 2, Bexar County, Texas
Trial Court No. 2016PC2068
Honorable Veronica Vasquez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of
the appeal are taxed against the appellant.

SIGNED November 17, 2021.

Liza A. Rodriguez, Justice